# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00015-CR

**Herman L. Belvin, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
## NO. 2022902, HONORABLE FRANK W. BRYAN, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant pleaded guilty to delivering less than one gram of cocaine. *See* Tex. Health & Safety Code Ann. ' 481.112(a), (b) (West Supp. 2003). The district court adjudged him guilty and assessed punishment at state jail incarceration for five years, as called for in a plea bargain agreement. Appellant filed a general notice of appeal.

Appellant=s notice of appeal does not comply with former appellate rule 25.2(b)(3), in effect when he perfected his appeal. *See* former Tex. R. App. P. 25.2(b)(2) (since amended effective January 1, 2003). Appellant did not amend the notice of appeal after notice from this Court. *See* Tex. R. App. P. 25.2(f), 37.1. Appellant=s notice of appeal fails to confer jurisdiction on this Court. *Whitt v. State*, 45 S.W.3d 274, 275 (Tex. App.CAustin 2001, no pet.); *see also Cooper v. State*, 45 S.W.3d 77, 79 (Tex. Crim. App. 2001).

The appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed:   May 8, 2003

Do Not Publish